FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAELYNN HAMILTON,<br><br>    Defendant. | No. 4:19-CR-06061-SAB-4<br><br>**PROTECTIVE ORDER** |

      Before the Court is the Government's Motion for Protective Order, ECF No. 103, and associated Motion to Expedite, ECF No. 72. The Government requests the Court issue a protective order in this case for the following reasons: (1) at the time the Motion was filed, not all Defendants had been arrested; (2) discovery in this matter includes materials provided to the Government from organizations outside the Eastern District of Washington based on the understanding that the materials would be disclosed under a protective order; and (3) to protect cooperating witnesses and cooperating Defendants who have provided information to the United States. The Government requests that the Court prohibit Defendants from having copies of discovery materials in jail in order to minimize the risk of improper disclosure of sensitive information. The Court finds good cause to grant the Government's request.

//

//

**PROTECTIVE ORDER** \* 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for Protective Order, ECF No. 103, is **GRANTED**. The following Protective Order is hereby entered:

    a. The Government will provide discovery materials on an on-going basis to defense counsel;

    b. Discovery materials that contain the voice or image of a confidential source and/or cooperating witness will be made available for defense counsel's review at the United States Attorney's Office. Until further Order of the Court, those materials may not be shown to the Defendants or left in a Defendant's custody;

    c. Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials;

    d. Defense counsel may show to and discuss with the Defendants all discovery materials that do not contain the voice or image of a confidential source and/or cooperating witness;

    e. Defense counsel shall not provide original or copies of any discovery materials to the Defendants. This includes verbatim or near verbatim recitations of discovery produced to defense counsel;

    f. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of this Order.

//
//
//
//
//

**PROTECTIVE ORDER \* 2**

g. The parties may seek relief from this Order for good cause shown.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provides copies to counsel.

**DATED** this 11th day of December 2019.



Stanley A. Bastian
United States District Judge

**PROTECTIVE ORDER** * 3