# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hamilton, Kaelynn | Docket No. | 4:19CR06061-SAB-4 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kaelynn Hamilton, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 21st day of November 2019, under the following conditions:

**Additional Condition #28:** Home detention: Defendant shall be restricted to her residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Kaelynn Hamilton is alleged to have left her residence without prior authorization from the U.S. Probation Office on April 16, 2020.

On November 22, 2019, the conditions of pretrial release supervision were reviewed with Ms. Hamilton. She acknowledged an understanding of the conditions, including additional condition number 28.

While under pretrial release supervision, Ms. Hamilton's home detention condition has been monitored with the use of a global positioning systems (GPS) device.

On April 16, 2020, Ms. Hamilton left her residence at 2:05 p.m. She returned to her home at 3:13 p.m. A review of Ms. Hamilton's GPS mapping during this time frame revealed she traveled to Wal-Mart in Spokane Valley, Washington. Ms. Hamilton did not receive approval from the U.S. Probation Office to be outside of her residence on April 16, 2020.

Later on April 16, 2020, the undersigned officer contacted Ms. Hamilton to confront her about this unauthorized leave from her residence. Ms. Hamilton stated she thought she was authorized to leave her residence each Thursday, from 2 p.m. to 3 p.m., to go for a walk with her grandchild. It should be noted, Ms. Hamilton was authorized to leave her residence on Thursday, April 2, 2020, to go for a walk in her neighborhood with her grandchild, but had not been approved to be out of her residence every Thursday.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: | April 22, 2020 |
| by | s/Erik Carlson | |
| | Erik Carlson U.S. Pretrial Services Officer | |

Re: Hamilton, Kaelynn
April 22, 2020
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

April 22, 2020
Date