FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>KAELYNN HAMILTON,<br><br>    Defendant. | No. 4:19-CR-06061-SAB-4<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION DENIED**<br>     **(ECF No. 211)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 211**. Defendant recites in her motion that the United States objects to the request. U.S. Probation does not oppose the motion.

Specifically, Defendant requests that release condition #28 which orders electronic monitoring no longer be required.

The Court having considered the motion herein, **IT IS ORDERED** Defendant's Motion, **ECF No. 211**, is **DENIED**.

All terms and conditions of pretrial release shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 28, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1